IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARRIE M. WARREN | ) | |
| | ) | No. 15 CV 00496 |
| Plaintiff, | ) | |
| v. | ) | Judge Thomas Durkin |
| | ) | |
| KENDALL COUNTY SHERIFF | ) | Magistrate Judge Mary Rowland |
| DWIGHT BAIRD et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ADDITIONAL ITEMIZATION TO DEFENDANTS' BILL OF COSTS**

 A. **Fees of the Clerk**

**3/20/2017**  Notice of Appeal Filing Fee……………………….………………..$505.00

**TOTAL CLERK FEES…….…**............................................................................................**$505.00**


 B. **Fees for Service of Subpoenas**

**5/16/2016**  Personal Service of Subpoenas for Depositions on Colleen Forde
      Schwartz and Donald Schwartz (Spectre Inc.)……...……...…..........**$225.80**

**5/23/2016**  Personal Service of Subpoena for Trial on Donald Schwartz
      (Spectre Inc.)……......……………………………………………….**$125.00**

**TOTAL FEES FOR SERVICE OF SUBPOENAS.........................................................$350.80**


 C. **Fees for Transcripts:**

**10/8/2015**  Video-Recorded deposition of Carrie M. Warren taken on
      10/8/2015 (Esquire Deposition Solutions)……………….....…...…..**$2,345.50**

**10/26/2015**  Original Transcript of the deposition of Carrie M. Warren taken
      on 10/8/2015 (Esquire Deposition Solutions)…..............................**$1,408.90\***
      *\*Original Amount Charged ($2,268.77) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**12/18/2015**  Original Transcript of the depositions of Carmen Rhoden taken
      on 11/17/2015 (Esquire Deposition Solutions)………………........**$292.00\***
      *\*Original Amount Charged ($557.79) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**12/18/2015**  Original Transcripts of the depositions of Jeffrey Warren taken on 11/17/2015 (Esquire Deposition Solutions)……………….......$503.70*
*Original Amount Charged ($866.58) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**12/30/2015**  Court Reporter Appearance fees for the depositions of Taylor Smith, Tiffany Thomas, Jessica Anderson and Kirsten Shumaker taken on 12/8/2015 (Esquire Deposition Solutions)…………………………….$382.50

**1/15/2016**  E-Transcript of the deposition of Richard Albert Randall taken on 12/1/2015 (In Demand Electronic Court Reporting, Inc.)….......$1,120.55*
*Original Amount Charged ($1,404.35) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**1/15/2016**  E-Transcript of the deposition of Nicole Lyn Swiss taken on 12/1/2015 (In Demand Electronic Court Reporting, Inc.)…....…..$489.10*
*Original Amount Charged ($580.90) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**1/15/2016**  E-Transcript of the deposition of Christopher Bret Phillips taken on 12/1/2015 (In Demand Electronic Court Reporting, Inc.)..….....$467.20*
*Original Amount Charged ($550.50) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**1/15/2016**  Court Reporter Appearance fees for the depositions of Colleen Forde Schwartz and Donald Schwartz taken on 12/21/2015 (Esquire Deposition Solutions)……………………….…...……….$170.00

**2/10/2016**  Original Transcripts of the deposition of Jon Hassler taken on 12/21/2015 (Esquire Deposition Solutions)……………….....….$558.45*
*Original Amount Charged ($725.60) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**2/10/2016**  Original Transcripts of the deposition of Robert Weiler taken on 12/21/2015 (Esquire Deposition Solutions)….…………………..$299.30*
*Original Amount Charged ($414.80) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**2/18/2016**  Expedited Transcript of the deposition of Joseph P. Goins (Vol. 1) taken on 2/17/2016 (In Demand Electronic Court Reporting, Inc.)………..$165.00

**3/7/2016**  Original Transcript of the deposition of Christine Fidler taken on 2/17/2016 (Esquire Deposition Solutions)……………………..$200.75*
*Original Amount Charged ($366.24) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**10/3/2016**  E-Transcript of the deposition of Dwight Arthur Baird taken on 2/10/2016 (In Demand Electronic Court Reporting, Inc.)…..……..$540.20*
*Original Amount Charged ($629.00) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**10/3/2016**  E-Transcript of the deposition of Kim Mary Lombardo taken on 3/21/2016 (In Demand Electronic Court Reporting, Inc.)…....…..$142.35*
*Original Amount Charged ($165.75) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**10/3/2016**   E-Transcript of the deposition of Joseph Patrick Goins (Vol. 2) taken on 3/21/2016 (In Demand Electronic Court Reporting, Inc.)…..........**$423.40\***
*\*Original Amount Charged ($495.90) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**10/3/2016**   E-Transcript of the deposition of Scott Darren Valencik taken on 3/21/2016 (In Demand Electronic Court Reporting, Inc.)…..……....**$266.45\***
*\*Original Amount Charged ($325.50) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**10/3/2016**   E-Transcript of the deposition of Robert D. Leinen taken on 4/5/2016 (In Demand Electronic Court Reporting, Inc.)…..……….**$719.05\***
*\*Original Amount Charged ($859.55) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**10/3/2016**   E-Transcript of the deposition of Derek Edward Landorf taken on 7/13/2016 (In Demand Electronic Court Reporting, Inc.)…..........**$394.20\***
*\*Original Amount Charged ($459.00) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**10/3/2016**   E-Transcript of the deposition of Scott Paul Koeppel taken on 7/19/2016 (In Demand Electronic Court Reporting, Inc.)………….....**$547.50\***
*\*Original Amount Charged ($637.50) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**10/3/2016**   E-Transcript of the deposition of Scott Richard Koster (Vol. 1) taken on 7/22/2016 (In Demand Electronic Court Reporting, Inc.)…..........**$624.15\***
*\*Original Amount Charged ($804.50) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**10/3/2016**   E-Transcript of the deposition of Edmund Perri Belmonte taken on 8/16/2016 (In Demand Electronic Court Reporting, Inc.)…........**$1,000.10\***
*\*Original Amount Charged ($1,276.10) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**10/3/2016**   E-Transcript of the deposition of Sabrina Denise Jennings taken on 8/22/2016 (In Demand Electronic Court Reporting, Inc.)…………..**$996.45\***
*\*Original Amount Charged ($1,224.35) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**10/3/2016**   E-Transcript of the deposition of Scott Richard Koster (Vol. 2) taken on 8/26/2016 (In Demand Electronic Court Reporting, Inc.)…….......**$1,036.60\***
*\*Original Amount Charged ($1,296.35) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**10/3/2016**   E-Transcript of the deposition of Joseph Timothy Gillespie taken on 8/29/2016 (In Demand Electronic Court Reporting, Inc.)…....…...**$901.55\***
*\*Original Amount Charged ($1,086.60) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**10/3/2016**   E-Transcript of the deposition of William Matthew Craig taken on 8/31/2016 (In Demand Electronic Court Reporting, Inc.)……....**$408.80\***
*\*Original Amount Charged ($477.90) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**10/3/2016**   E-Transcript of the deposition of Tracy Ann Page taken on 8/31/2016 (In Demand Electronic Court Reporting, Inc.)…....…...**$313.90\***
*\*Original Amount Charged ($365.50) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**10/3/2016**   E-Transcript of the deposition of Judge Robert Paul Pilmer taken on 8/31/2016 (In Demand Electronic Court Reporting, Inc.)…..........$182.50*
*Original Amount Charged ($260.60) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**12/11/2016**   Original Transcripts of the deposition of Colleen Forde taken on 12/21/2015 (Esquire Deposition Solutions)...................................$94.90*
*Original Amount Charged ($202.08) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**12/11/2016**   Original Transcripts of the deposition of Donald Schwartz taken on 12/21/2015 (Esquire Deposition Solutions)....................................$58.40*
*Original Amount Charged ($103.26) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**12/21/2016**   Original Transcripts of the deposition of Tiffany Thomas taken on 12/8/2016 (Esquire Deposition Solutions)....................................$102.20*
*Original Amount Charged ($188.20) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**12/21/2016**   Original Transcripts of the deposition of Taylor Smith taken on 12/8/2016 (Esquire Deposition Solutions)......................................$65.70*
*Original Amount Charged ($147.91) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**12/21/2016**   Original Transcripts of the deposition of Jessica Anderson taken on 12/8/2016 (Esquire Deposition Solutions)...................................$156.95*
*Original Amount Charged ($235.82) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**12/21/2016**   Original Transcripts of the deposition Kirsten Shumaker taken on 12/8/2016 (Esquire Deposition Solutions)....................................$138.70*
*Original Amount Charged ($261.46) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**3/20/2017**   Transcript of Proceedings from Summary Judgment Ruling on 3/17/2017 (Laura Renke, RPR, CRR)…………………..…...……...…….$16.80

**4/17/2017**   Transcript of Proceedings from Final Pretrial Conference on 4/12/2017 (Laura Renke, RPR, CRR)…………………..………..…….$945.75

**4/25/2017**   Transcripts of Trial Proceedings from 4/17/2017 to 4/21/2017 (Laura Renke, RPR, CRR)…………………..……..…..……..…….$5,596.25

**4/28/2017**   Original Transcript of the deposition of Joseph Rousseau taken on 4/19/2017 (Esquire Deposition Solutions)...................................$290.40*
*Original Amount Charged ($644.33) Reduced per Local Rule 54.1(b) and General Order 12-003.*

**4/30/2017**   Transcripts of Trial Proceedings from 4/24/2017 to 4/28/2017 (Laura Renke, RPR, CRR)…………………..…..…...……..……$6,340.40

**7/31/2018**   Transcripts of Retrial Proceedings from 7/18/2018 to 7/27/2018 (Laura Renke, RPR, CRR)…………………..…..…...……..……$7,719.80

**TOTAL FEES FOR TRANSCRIPTS ..................................................................$38,426.40**

    D. <u>Witness Fees for Subpoenas for Records</u>

**11/5/2015**    Subpoena for Records Witness Fee to GMRI, Inc., Orlando, FL (Darden Corporation)………......………….………....………..**$64.00**

**12/2/2015**    Subpoena for Records Witness Fee to Worron Family Chiropractic Center, Oswego, IL..………….…..………....………..**$50.89**

**3/15/2016**    Subpoena for Records Witness Fee to Dr. Kinjal M. Kadakia at Rush Copley Medical Group, Aurora, IL (Record Connect, Inc.)…..……...**$41.85**

**4/8/2016**    Subpoena for Records Witness Fee to Rush University Medical Center, Chicago, IL (Record Connect, Inc.)………..………....………...**$75.87**

**3/1/2017**    Subpoena for Records Witness Fee to Rush University Medical Center, Chicago, IL (Record Connect, Inc.)………..………....………...**$26.38**

**3/22/2017**    Subpoena for Records Witness Fee to Walgreens Pharmacy, Danville, IL (Walgreen Company).………….……....…………………..**$31.54**

**TOTAL WITNESS FEES FOR SUBPOANAS FOR RECORDS.............................$290.53**

    E. <u>Deposition Witness Fees</u>

**11/5/2015**    Deposition Witness & Mileage Fees to Donald Schwartz, Oswego, IL………………………………………………………..…..**$52.00**

**11/5/2015**    Deposition Witness & Mileage Fees to Colleen Forde Schwartz, Oswego, IL………………...……………………………………...…..**$52.00**

**11/5/2015**    Deposition Witness & Mileage Fees to Carmen Rhoden, Oswego, IL……………………………………………….…..…..**$50.50**

**11/5/2015**    Deposition Witness & Mileage Fees to Jeffrey Warren, Oswego, IL………………………………………………….…..…..**$83.50**

**11/5/2015**    Deposition Witness & Mileage Fees to Kirsten Shumaker, Aurora, IL……………………………………………………..…..**$59.50**

**11/5/2015**    Deposition Witness & Mileage Fees to Jessica Anderson, Olive Garden, Oswego, IL……………………………………….…..…..**$53.50**

**11/5/2015**     Deposition Witness & Mileage Fees to Tiffany Thomas, Olive Garden, Oswego, IL……………………………………………………...….**$53.50**

**11/12/2015**     Deposition Witness & Mileage Fees to Taylor Smith, Olive Garden, Oswego, IL……………………………………………………...….**$53.50**

**2/5/2016**     Deposition Witness & Mileage Fees to Christine Fidler, Great American Travel Company, Aurora, IL…….…………….…………...….**$65.50**

**8/26/2016**     Deposition Witness Fee to Judge Robert Paul Pilmer, 23rd Judicial Circuit Court, Yorkville, IL………………..………….....……...**$40.00**

**TOTAL DEPOSITION WITNESS FEES…….………………….………….………………..$617.00**

    **F. Trial Witness Fees**

**4/5/2017**     Trial Witness & Mileage Fees to Christine Fidler, Aurora, IL...............**$90.72**

**4/5/2017**     Trial Witness & Mileage Fees to Jeffrey Warren, Oswego, IL...............**$92.43**

**4/5/2017**     Trial Witness & Mileage Fees to Judge Robert Paul Pilmer, 23rd Judicial Circuit Court, Yorkville, IL.......................................................**$108.69**

**6/14/2018**     Retrial Witness & Mileage Fees to Christine Fidler, Aurora, IL...........**$85.24**

**6/14/2018**     Retrial Witness & Mileage Fees to Jeffrey Warren, Oswego, IL............**$96.14**

**6/14/2018**     Retrial Witness & Mileage Fees to Judge Robert Paul Pilmer, 23rd Judicial Circuit Court, Yorkville, IL.......................................................**$101.59**

**TOTAL TRIAL WITNESS FEES…….………….……….……….…………….……………$574.81**

    **G. Expert Witness Fees**

**2/1/2017**     Expert Witness Fees to James L. Cavanaugh, Jr. M.D. for record review and meeting with attorney (Cavanaugh & Associates)…....**$9,532.06**

**3/1/2017**     Expert Witness Fees to James L. Cavanaugh, Jr. M.D. for record review, psychological testing, interpretation of results and report preparation (Cavanaugh & Associates)……………….……………..**$9,112.87**

**4/1/2017**     Expert Witness Fees to James L. Cavanaugh, Jr. M.D. for record review and deposition preparation (Cavanaugh & Associates)…..**$7,002.19**

| | | |
|---|---|---|
| 5/2/2017 | Expert Witness Fees to James L. Cavanaugh, Jr. M.D. for trial preparation (Cavanaugh & Associates)……………………………..$760.00 | |

**TOTAL EXPERT WITNESS FEES……………………………..……………$26,407.12**

### H. Fees for Exemplification & Copying

| | |
|---|---|
| **2/20/2015** | Aloha Document Services for Copying of EEOC File….………..…….$69.15 |
| **12/31/2016** | OKGC Copying Fees in preparation for Trial from October, 2016 through December, 2016………………………………..……….$647.60 |
| **3/31/2017** | OKGC Copying Fees in preparation for Trial from January, 2017 through March, 2017…..……………………..……........$476.30 |
| **5/11/2017** | OKGC Copying Fees in preparation for Trial from April, 2017 through May, 2017………………………….….…………..$1,072.35 |
| **8/8/2018** | OKGC Printing Costs of Retrial Exhibits……...………………..........$288.90 |

**TOTAL FEES FOR EXEMPLIFICATION/COPYING……………...…………….$2,554.30**

### I. Other Costs:

| | |
|---|---|
| **2/11 /2016** | FedEx charges to Judge Thomas Durkin……………..…………….....$14.65 |
| **2/18/2016** | FedEx charges to Judge Thomas Durkin……………..………………....$12.64 |
| **7/12/2016** | FedEx charges to Judge Mary Rowland…………….………………....$13.24 |
| **11/14/2016** | FedEx charges to Judge Thomas Durkin……………..……………...$22.43 |
| **11/29/2016** | FedEx charges to Cavanaugh & Associates………..………...……....$51.47 |
| **1/24/2017** | FedEx charges to Cavanaugh & Associates………..……...………....$13.27 |
| **1/26/2017** | FedEx charges to Judge Thomas Durkin……………..……………....$13.27 |
| **2/8/2017** | FedEx charges to Judge Thomas Durkin……………..……………....$23.22 |
| **2/15/2017** | FedEx charges to Judge Thomas Durkin………….……..…………....$13.40 |
| **2/28/2017** | FedEx charges to Cavanaugh & Associates …………....…..……....$13.64 |

7

| Date | Description | Amount |
|---|---|---|
| 3/8/2017 | FedEx charges to Judge Thomas Durkin…………..………...………..... | $13.44 |
| 3/22/2017 | FedEx charges to Judge Thomas Durkin…………..………...………..... | $16.35 |
| 3/29/2017 | FedEx charges to Judge Thomas Durkin…………..………...………..... | $13.31 |
| 4/6/2017 | FedEx charges to Robert Murbach at Spectre Inc………………..……. | $17.47 |
| 4/7/2017 | FedEx charges to Kendall County Sheriff's Office………….…………. | $42.56 |
| 5/1/2017 | FedEx charges to Cavanaugh & Associates…....……...………...……..... | $13.61 |
| 6/16/2017 | FedEx charges to Judge Thomas Durkin…………..………...………..... | $13.31 |
| 6/26/2017 | FedEx charges to Judge Thomas Durkin…………..………...………..... | $13.21 |
| 7/10/2018 | FedEx charges to Kendall County Sheriff's Office ………….…..…..... | $40.51 |
| 7/10/2018 | FedEx charges to Kendall County Sheriff's Office………….…………. | $40.01 |
| 7/13/2018 | FedEx charges to Judge Thomas Durkin …...……...………...………..... | $14.62 |
| 1/31/2016 | WestLaw Research charges through January, 2016………….…………. | $34.64 |
| 2/29/2016 | WestLaw Research charges through February, 2016…...…………….. | $17.62 |
| 7/28/2016 | WestLaw Research charges through July, 2016………………………... | $80.00 |
| 8/30/2016 | WestLaw Research charges through August, 2016…………………….. | $80.00 |
| 9/29/2016 | WestLaw Research charges through September, 2016……………....... | $76.36 |
| 11/29/2016 | WestLaw Research charges through November, 2016………..………. | $70.42 |
| 12/20/2016 | WestLaw Research charges through December, 2016………....………. | $15.81 |
| 1/30/2017 | WestLaw Research charges through January, 2017………..………….. | $166.48 |
| 2/24/2017 | WestLaw Research charges through February, 2017………..………... | $123.56 |
| 3/31/2017 | WestLaw Research charges through March, 2017………….………….. | $160.81 |
| 4/28/2017 | WestLaw Research charges through April, 2017…………....…………. | $130.92 |
| 5/30/2017 | WestLaw Research charges through May, 2017………..………….…. | $10.90 |

**6/30/2017**    WestLaw Research charges through June, 2017………..……………..$185.08

**6/29/2018**    WestLaw Research charges through June, 2018………….....………….$144.86

**7/31/2018**    WestLaw Research charges through July, 2018…………....…..………$176.26

**TOTAL OTHER COSTS…………………………………………….....…………$1,903.38**


**GRAND TOTAL OF ALL FEES SUBMITTED WITH BILL OF COSTS….…..$71,629.34**


        Respectfully submitted,

        **Kendall County Sheriff Dwight Baird, Kendall County, Richard Randall, Scott Koster, and Sabrina Jennings**

By:    _s/Julie A. Bruch_
       One of Their Attorneys


Julie A. Bruch, #6215813
Karin L. Anderson, #6277014
Bhairav Radia, #6293600
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone:  (847) 291-0200
Fax: (847) 291-9230
E-mail:  jbruch@okgc.com